IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VH Legacy/Liquidation, LLC, *et al.*, [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11019 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, am employed in the county of Los Angeles, State of California. I hereby certify that on May 19, 2023, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Chapter 11 Monthly Operating Report for Case Number 22-11019 for the Month Ending: 04/26/2023 [Docket No. 414]**

- **Chapter 11 Monthly Operating Report for Case Number 22-11020 for the Month Ending: 04/26/2023 [Docket No. 415]**

- **Chapter 11 Monthly Operating Report for Case Number 22-11021 for the Month Ending: 04/26/2023 [Docket No. 416]**

Dated: May 24, 2023

/s/ Darleen Sahagun
Darleen Sahagun
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 24th day of May, 2023, by Darleen Sahagun, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: VH Legacy/Liquidation, LLC (8730); SRA Legacy/Liquidation, LLC (4225); and DIA Legacy/Liquidation, LLC (1992). The Debtors' service address is 2360 Corporate Circle, Ste. 340, Henderson, NV 89074.

# EXHIBIT A

**Exhibit A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Note Payable | A & A Underwriters | Address on File | | Email on File | Email |
| Former Director/Officer | Adam Reed | Address on File | | Email on File | Email |
| Counsel to the DIP Lenders, Prepetition Lenders, Stalking Horse Bidder | Akin Gump Strauss Hauer & Feld LLP | Attn: Iain Wood<br>Attn: Jacqueline K Lewis<br>2001 K St NW<br>Washington, DC 20006 | | iwood@akingump.com<br>jklewis@akingump.com | Email |
| *NOA - Colbeck Strategic Lending Offshore Mini-Master AIV, L.P. & Colbeck Strategic Lending II Master, L.P, SRA Holdings, LLC | Akin Gump Strauss Hauer & Feld LLP | Attn: James Savin<br>Attn: Kate Doorley<br>Attn: Alexander F. Antypas<br>2001 K St, N.W.<br>Washington, DC 20006 | | jsavin@akingump.com<br>kdoorley@akingump.com<br>aantypas@akingump.com | Email |
| Litigation | Alston & Bird LLP | Attn: Gerard Catalanello<br>90 Park Ave<br>New York, NY 10016 | | gerard.catalanello@alston.com | Email |
| DIP Lender, Pre-Petition Agent | Alter Domus (US) LLC, as Collateral Agent | Attn: Legal Dept & Nicole Eoriatti<br>225 W Washington St, 9th Fl<br>Chicago, IL 60606 | | legal@alterdomus.com;<br>Nicole.Eoriatti@alterdomus.com | Email |
| Apex Funding Source, LLC and counsel to Apex | Apex Funding Source LLC | 7 Sherwood Dr<br>Lakewood, NJ 08701 | | | First Class Mail |
| Apex Funding Source, LLC and counsel to Apex Funding Source, LLC and counsel to Apex | Apex Funding Source LLC | c/o Vcorp Services, LLC<br>1200 S Pine Island Rd<br>Plantation, FL 33324 | | | First Class Mail |
| Litigation/ Apex Funding Source, LLC and counsel to Apex | Apex Funding Source LLC | c/o The Klein Law Firm LLC<br>Attn: Yehuda Klein, Esq<br>P.O. Box 714<br>Lakewood, NJ 08701 | | | First Class Mail |
| Apex Funding Source, LLC and counsel to Apex | Apex Funding Source LLC | 3050 Biscayne Blvd, Ste 502<br>Miami, FL 33137 | | info@apexfundingsource.com | Email |
| Litigation/ Apex Funding Source, LLC and counsel to Apex | Apex Funding Source LLC | c/o Weir Greenblatt Pierce LLP<br>Attn: Jeffrey S Cianciulli<br>1339 Chestnut St, Ste 500<br>Philadelphia, PA 19107 | | jcianciulli@wgpllp.com | Email |
| Bank | Bank of America | Amend BK Notice FL-1-908-01-50<br>4909 Savarese Cir<br>Tampa, FL 33634 | | | First Class Mail |
| Bank | Bankwell Bank | 208 Elm St<br>New Canaan, CT 06840 | | | First Class Mail |
| Note Payable | Barry Enlow & Melodye Duncan | Address on File | | Email on File | Email |
| Litigation | Berkovitch & Bouskila, PLLC | Attn: Steven Berkovitch Esq, CPA<br>Ariel Bouskila, Esq.<br>80 Broad St, Ste 3303<br>New York, NY 10004 | | steven@bblawpllc.com<br>Ari@bblawpllc.com | Email |
| Litigation Party | Billy J. Bostick | Receiver of Lighthouse Property Insurance Corporation, Lighthouse Excalibur Insurance Company, and Lighthouse Management, LLC<br>9543 Fenway Ave<br>Baton Rouge, LA 70809 | 225-201-0108 | UEC@RecLa.us | Email |
| *NOA - Colbeck Strategic Lending Offshore Mini-Master AIV, L.P. & Colbeck Strategic Lending II Master, L.P, SRA Holdings, LLC | Blank Rome LLP | Attn: Stanley B. Tarr<br>Attn: Lawrence R. Thomas III<br>Attn: Victoria A. Guilfoyle<br>1201 Market St, Ste 800<br>Wilmington, DE 19801 | | stanley.tarr@blankrome.com<br>tori.guilfoyle@blankrome.com<br>lorenzo.thomas@blankrome.com | Email |
| Litigation | BMT Capital Group Inc | c/o Law Offices of Isaac H Greenfield, PLLC<br>Attn: Isaac H Greenfield, Esq<br>2 Executive Blvd, Ste 305<br>Suffern, NY 10901 | | info@greenfieldlawpllc.com | Email |
| Former Director/Officer | Brian Murphy | Address on File | | Email on File | Email |
| Litigation | Bridge Funding Cap, LLC | dba Skyfall Funding<br>c/o Hassett & George, PC<br>945 Hopmeadow St<br>Simsbury, CT 06070 | 860-651-1888 | | First Class Mail |
| Litigation | Brownstone Funding Corp | c/o Vcorp Agent Services, Inc<br>25 Robert Pitt Dr, Ste 204<br>Monsey, NY 10952 | | | First Class Mail |
| Litigation | Brownstone Funding Corp | Attn: Moshe Mandel, CEO<br>12 Bayview Ave, Ste 592<br>Lawrence, NY 11559 | | | First Class Mail |
| Litigation | Brownstone Funding Corp | c/o Novak Juhase & Stern LLP<br>Attn: Issac Cwibeker, Esq<br>483 Chestnut St<br>Cedarhurst, NY 11516 | | ic@njslaw.com | Email |
| Taxing Authority | California Department of Justice | Attn: Attorney General's Office<br>1300 I St<br>Sacramento, CA 95814-2919 | | | First Class Mail |
| Taxing Authority | California Department of Tax and Fee Administration | Attn: Account Information Group, MIC:29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | | | First Class Mail |
| Taxing Authority | California Dept of Tax & Fee Administration | Attn: Business Tax Div<br>P.O. Box 942840<br>Sacramento, CA 94240-0040 | | | First Class Mail |
| Taxing Authority | California Secretary of State | 1500 11th St<br>Sacramento, CA 95814 | | | First Class Mail |
| Taxing Authority | California State Board of Equalization | Attn: Legal Dept, MIC: 121<br>450 N St<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | | | First Class Mail |
| Minority Equity Holder | Charles T Cole, III | Address on File | | | First Class Mail |
| Minority Equity Holder | Charles T Cole, III | c/o Buxton & Collie, LLC<br>Attn: Nathan D Johnson, Esq<br>940 Johnnie Dodds Blvd, Ste 100<br>Mt Pleasant, SC 29464 | | njohnson@buxtonandcollie.com | Email |
| Litigation | Cloudfund LLC | dba Unique Capital<br>c/o Vadim Serebro, Esq, Attorney for Plaintiff<br>55 Broadway, 3rd Fl<br>New York, NY 10006 | | | First Class Mail |
| Taxing Authority | Connecticut Department of Labor | Attn: Delinquent Accounts Unit<br>200 Folly Brook Blvd<br>Wethersfield, CT 06109 | | | First Class Mail |
| Taxing Authority | Connecticut Dept of Revenue Services | 450 Columbus Blvd, Ste 1<br>Hartford, CT 06103 | | | First Class Mail |
| Taxing Authority | Connecticut Office of The Attorney General | 165 Capitol Ave<br>Hartford, CT 06106 | | | First Class Mail |
| Litigation Party | CoVenture – Burt Credit Opportunities GP, LLC | c/o Greenberg Traurig, LLP<br>Attn: Lisa Zwally Brown<br>Attn: Samuel L. Moultrie<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801 | | brownli@gtlaw.com<br>moultries@gtlaw.com | Email |
| Litigation Party | Cunningham Energy, LLC | c/o BOWLES RICE, LLP<br>Attn: Kenneth E. Webb, Jr.<br>Attn: Marc A. Monteleon<br>600 Quarrier Street<br>PO Box 1386<br>Charleston, WV 25325-1386 | | kwebb@bowlesrice.com<br>mmonteleone@bowlesrice.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Litigation Party | Cunningham Lease Acquisitions, LLC | c/o BOWLES RICE, LLP<br>Attn: Kenneth E. Webb, Jr.<br>Attn: Marc A. Monteleon<br>600 Quarrier Street<br>PO Box 1386<br>Charleston, WV 25325-1386 | | kwebb@bowlesrice.com<br>mmonteleone@bowlesrice.com | Email |
| Litigation | Daka Capital Group Inc | Attn: Moshe Mandel, CEO<br>P.O. Box 490<br>Woodmere, NY 11598 | | | First Class Mail |
| Litigation | Daka Capital Group Inc | c/o Novak Juhase & Stern LLP<br>Attn: Issac Cwibeker, Esq<br>483 Chestnut St<br>Cedarhurst, NY 11516 | | ic@njslaw.com | Email |
| Note Payable | David Dunham | Address on File | | Email on File | Email |
| Taxing Authority | Department of Labor and Workforce Development | Attn: Deniece Thomas, Commissioner<br>220 French Landing Dr<br>Nashville, TN 37243 | | | First Class Mail |
| Taxing Authority | Department of Revenue Services | Attn: Collection Unit, Bankruptcy Team<br>450 Columbus Blvd, Ste 1<br>Hartford, CT 06103 | | | First Class Mail |
| Taxing Authority | Department of Unemployment Assistance | Attn: Executive Office of Labor & Workforce Development<br>1 Ashburton Pl, Ste 2112<br>Boston, MA 02108 | | | First Class Mail |
| Litigation Party | Dolores Meyer Vice, Doris Meyer Nicholas, and Danny Meyer | c/o Garrison, Yount, Forte, & Mulcahy, LLC<br>Attn: Darrin L Forte<br>Attn:  Ryan E Bergeron<br>909 Poydras St, Ste 1800<br>New Orleans, LA 70112 | | dforte@garrisonyount.com | Email |
| Note Payable | Ed Mashburn | Address on File | | Email on File | Email |
| Litigation Party | Edward J. Bonett, Jr. | National Labor Relations Board, Region 4<br>100 E. Penn Square, Suite 403<br>Philadelphia, PA 19107 | | edward.bonettjr@nlrb.gov | Email |
| Taxing Authority | Employment Development Department | Attn: Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA 94280-0001 | | | First Class Mail |
| Core Parties | Fast Track Debt Relief, Inc. | 1901 W Cypress Creek Rd ,Ste 400<br>Fort Lauderdale, FL 33301 | | | First Class Mail |
| Bank | First National Bank | 2408 Jacksboro Pike<br>Lafollette, TN 37766 | | | First Class Mail |
| Taxing Authority | Florida Department of Revenue | Attn: Bankruptcy Department<br>5050 W Tennessee St<br>Tallahassee, FL 32399 | | | First Class Mail |
| Taxing Authority | Florida Department of Revenue | Attn: Mark Hamilton, General Counsel<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | | mark.hamilton@floridarevenue.com | Email |
| Taxing Authority | Florida Dept of Revenue | 5050 W Tennessee St<br>Tallahassee, FL 32399-0135 | | | First Class Mail |
| Taxing Authority | Florida Secretary of State | Clifton Bldg<br>2661 Executive Center Cir<br>Tallahassee, FL 32301 | | | First Class Mail |
| Taxing Authority | Franchise Tax Board | Attn: Bankruptcy Section, MS A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | | | First Class Mail |
| Taxing Authority | Franchise Tax Board Chief Counsel | Chief Counsel<br>Attn: General Counsel Section, MS: A-260<br>P.O. Box 1720<br>Rancho Cordova, CA 95741-1720 | | | First Class Mail |
| Litigation Party - Counsel to Dolores Meyer Vice, Doris Meyer Nichols, Danny Meyer, succession of Mary Irene Meyer | Garrison, Yount, Forte & Mulcahy, LLC | Attn: Darrin L Forte<br>909 Poydras St, Ste 1800<br>New Orleans, LA 70112 | | dforte@garrisonyount.com | Email |
| *NOA - Counsel for Angelo Ralph LaVecchia | Gellert Scali Busenkell & Brown, LLC | Attn: Gary F Seitz<br>1201 N Orange St, Ste 300<br>Wilmington, DE 19801 | | gseitz@gsbblaw.com | Email |
| Taxing Authority | Georgia Department of Labor | 148 Andrew Young International Blvd NE, Ste 826<br>Atlanta, GA 30303-1751 | | | First Class Mail |
| Taxing Authority | Georgia Department of Revenue | Attn: Compliance Division, Central Collection Section<br>1800 Century Blvd NE, Ste 9100<br>Atlanta, GA 30345-3202 | | | First Class Mail |
| Taxing Authority | Georgia Dept of Revenue | P.O. Box 740321<br>Atlanta, GA 30374-0321 | | | First Class Mail |
| Taxing Authority | Georgia Office of The Attorney General | 40 Capitol Sq SW<br>Atlanta, GA 30334 | | | First Class Mail |
| NOA - Counsel for Apex Funding Source, LLC | Giuliano Law, PC | Attn: Anthony F Giuliano<br>445 Broadhollow Rd, Ste 25<br>Melville, NY 11747 | | afg@glpcny.com | Email |
| Note Payable | Glenn Willis | Address on File | | Email on File | Email |
| Professional Services | Gozdecki, Del Giudice, Americus, Farkas & Brocato LLP | Attn: Joseph B Brocato<br>1 E Wacker, Ste 1700<br>Chicago, IL 60601 | | j.brocato@gozdel.com | Email |
| Counsel to the Prepetition Agent and the DIP Agent | Holland & Knight LLP | Attn: Daniel Sylvester<br>Attn: Joshua Spencer<br>Attn: Phillip Nelson<br>150 N Riverside Plz, Ste 2700<br>Chicago, IL 60606 | | daniel.sylvester@hklaw.com<br>joshua.spencer@hklaw.com<br>Phillip.Nelson@hklaw.com | Email |
| IRS | Internal Revenue Service | Dept of the Treasury<br>Kansas City, MO 64999-0002 | | | First Class Mail |
| Taxing Authority | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(First Class Mail)<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016<br>(Overnight Maiil) | | | First Class Mail |
| Litigation | John Leanardi | c/o Law Office of Daniel E Goodman LLC<br>Attn: Daniel E Goodman<br>10400 W Higgins Rd, Ste 500<br>Rosemont, IL 60018 | | dan@danielgoodmanlaw.com | Email |
| Bank | JPMorgan Chase Bank NA | P.O. Box 182051<br>Columbus, OH 43218 | | | First Class Mail |
| Note Payable | Julio Baluja | Address on File | | Email on File | Email |
| Litigation | Libertas Funding, LLC | c/o Bennett Tueller Johnson & Deere<br>Attn: Joshua L Lee<br>Attn: Taylor Jaussi<br>3165 E Millrock Dr, Ste 500<br>Salt Lake City, UT 84121 | | jlee@btjd.com<br>tjaussi@btjd.com | Email |
| *NOA - Counsel for Bexar County | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker<br>112 E Pecan St, Ste 2200<br>San Antonio, TX 78205 | | sanantonio.bankruptcy@lgbs.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Taxing Authority | Louisiana Department of Justice | Attn: Attorney General's Office<br>1885 N 3rd St<br>Baton Rouge, LA 70802 | | | First Class Mail |
| Taxing Authority | Louisiana Department of Revenue | Attn: Collection Division, Bankruptcy Section<br>617 N 3rd St<br>Baton Rouge, LA 70802 | | | First Class Mail |
| Taxing Authority | Louisiana Secretary of State | 8585 Archives Ave<br>Baton Rouge, LA 70809 | | | First Class Mail |
| Taxing Authority | Louisiana Workforce Commission Department of Labor | 1001 N 23rd St<br>Baton Rouge, LA 70802 | | | First Class Mail |
| Bank | M&T Bank | 1 Financial Plz<br>Hartford, CT 06103 | | | First Class Mail |
| Minority Equity Holder | Mappus Insurance Agency, Inc | Attn: Andrew Muller<br>Attn: Griffin Morrow<br>Attn: David Watson<br>1407 Stuart Engals Blvd, 2nd Fl<br>Mt Pleasant, SC 29464 | | | First Class Mail |
| Minority Equity Holder | Mappus Insurance Agency, Inc | c/o Buxton & Collie, LLC<br>Attn: James Buxton, Esq<br>940 Johnnie Dodds Blvd, Ste 100<br>Mt Pleasant, SC 29464 | | jbuxton@buxtonandcollie.com | Email |
| Taxing Authority | Massachusetts Department of Revenue | Attn: Collections Bureau/Bankruptcy Unit<br>P. O. Box 7090<br>Boston, MA 02204-7090 | | | First Class Mail |
| *NOA - Counsel for AmTrust North America, Inc on behalf of Technology Insurance Company, Inc | Maurice Wutscher, LLP | Attn: Alan C Hochheiser<br>23611 Chagrin Blvd, Ste 207<br>Beachwood, OH 44122 | | ahochheiser@mauricewutscher.com | Email |
| Litigation | Maxim Shkolnik | c/o Imler Law<br>Attn: Jason Imler<br>19409 Shumard Oak Dr, Apt 103<br>Land O'Lakes, FL 34638 | | info@imlerlaw.com | Email |
| Former Director/Officer | Michael Hines | Address on File | | | First Class Mail |
| Taxing Authority | Michigan Department of Treasury | Tax Policy Division<br>Attn: Litigation Liaison<br>430 W Allegan St, 2nd Fl, Austin Bldg<br>Lansing, MI 48922 | | | First Class Mail |
| Taxing Authority | Michigan Department of Treasury | Attn: Collection/Bankruptcy Unit<br>P.O. Box 30168<br>Lansing, MI  48909 | | | First Class Mail |
| Taxing Authority | Michigan Unemployment Insurance Agency | Attn: Bankruptcy Unit<br>3024 W Grand Blvd Ste 12-100<br>Detroit, MI 48202 | | | First Class Mail |
| Professional Services | Milbank | 55 Hudson Yards<br>New York, NY 10001 | | billing@millbank.com | Email |
| Professional Services | Morgan, Lewis & Bockius LLP | 1701 Market St<br>Philadelphia, PA 19103 | | | First Class Mail |
| Professional Services | Moss Adams LLP | Attn: Judas Mireles<br>101 2nd St, Ste 900<br>San Francisco, CA 94105 | | Judas.Mireles@mossadams.com | Email |
| Litigation | Mynt Advance LLC | 1815 Lakewood Rd<br>Toms River, NJ 08753 | | | First Class Mail |
| *NOA - Counsel for National Labor Relations Board, Region 4 | National Labor Relations Board, Region 4 | Attn: Jun S Bang<br>The Wanamaker Bldg<br>100 E Penn Sq, Ste 403<br>Philadelphia, PA 19107-6293 | | jun.bang@nlrb.gov | Email |
| Taxing Authority | New York State Department of Labor | Attn: Central Assignment & Collection Section, Unemployment Insurance<br>Harriman State Office Campus, Bldg 12, Rm 256<br>Albany, NY 12226 | | | First Class Mail |
| Taxing Authority | New York State Department of Taxation & Finance | Attn: Bankruptcy Unit – TCD<br>WA Harriman State Campus, Bldg 8, Rm 455<br>Albany, NY 12227 | | | First Class Mail |
| Taxing Authority | New York State Department of Taxation & Finance | Attn: Bankruptcy/Special Procedures Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | | | First Class Mail |
| Litigation Party | Nicholas and Andrew Definis | Address on File | | Email on File | Email |
| Taxing Authority | Office of Massachusetts Attorney General | 1 Ashburton Pl<br>Boston, MA 02108 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>300 Capital Dr<br>Baton Rouge, LA 70802 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | | First Class Mail |
| Taxing Authority | Office of The Attorney General | 202 N 9th St<br>Richmond, VA 23219 | | | First Class Mail |
| Taxing Authority | Office of The Attorney General | Attn: Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | | First Class Mail |
| Taxing Authority | Office of The Attorney General | Attn: Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | | First Class Mail |
| Taxing Authority | Office of the Attorney General | Attn: State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | | | First Class Mail |
| Taxing Authority | Office of the Attorney General | The Capitol<br>Albany, NY 12224-0341 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | 404-657-8733 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | 615-741-2009 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | 803-253-6283 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | 850-488-5106 | | First Class Mail |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | 916-323-5341 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | | attorney.general@ct.gov | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | | attorney.general@delaware.gov | Email |
| Trustee | Office of the US Trustee | District of Delaware<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | | John.Schanne@usdoj.gov | Email |
| Taxing Authority | Ohio Department of Job and Family Services | Attn: Office of Unemployment Insurance Operations<br>P.O. Box 182212<br>Columbus, OH 43218-2212 | | | First Class Mail |
| Taxing Authority | Ohio Department of Job and Family Services | Attn: Office of Unemployment Insurance Operations<br>P.O. Box 182105<br>Columbus, OH 43218-2105 | | | First Class Mail |
| Taxing Authority | Ohio Department of Taxation | Attn: Bankruptcy Division4485 Northland Ridge Blvd<br>Columbus, OH 43229 | | | First Class Mail |
| Landlord | Palm Towers South, Inc | Attn: Joseph Nudelman<br>1351 Sawgrass Corporate Pkwy<br>Sunrise, FL 33323 | | | First Class Mail |
| Litigation Party | Panther Capital LLC | 10 E Merrick Rd, Ste 204<br>Valley Stream, NY 11580 | | | First Class Mail |
| Litigation Party | Panther Capital LLC | 157 Church St, Ste1971<br>New Haven, CT 06510 | | submissions@pantherscapital.com | Email |
| Note Payable | Phillip Sharple | Address on File | | Email on File | Email |
| Debtor's Counsel | Potter Anderson & Corroon LLP | Attn: Jeremy W Ryan<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801 | | jryan@potteranderson.com | Email |
| Note Payable | Richard Gibbs III | Address on File | | Email on File | Email |
| Litigation | Rivera Bros Service Station, Inc | c/o Guilday Law, PA<br>Attn: Robert D Fingar<br>Attn: Ralph A Demeo<br>1983 Centre Pointe Blvd, Ste 200<br>Tallahassee, FL 32308-7823 | | bob@guildaylaw.com | Email |
| Debtor's Counsel | Ropes & Gray LLP | Attn: Benjamin Rhode<br>Attn: Ryan Preston<br>191 N Wacker Dr, 32nd Fl<br>Chicago, IL 60606Dahl | | Benjamin.Rhode@ropesgray.com | Email |
| Debtor's Counsel | Ropes & Gray LLP | Attn: Mark R Somerstein<br>Attn: Katharine E Scott<br>Attn: Lucas Brown<br>Attn: Christine Joh<br>1211 Ave of the Americas<br>New York, NY 10036 | | ryan.dahl.@ropesgray.com<br>mark.somerstein@ropesgray.com<br>Lucas.Brown@ropesgray.com<br>katharine.scott@ropesgray.com<br>christine.joh@ropesgray.com | Email |
| *NOA Counsel for the Burtonvic Capital, LLC/Litigation | Saul Ewing LLP | Attn: Candice L Kline<br>161 N Clark St, Ste 4200<br>Chicago, IL 60601 | | candice.kline@saul.com | Email |
| *NOA Counsel for the Burtonvic Capital, LLC/Litigation | Saul Ewing LLP | Attn: Jeffrey C Hampton<br>Centre Sq W<br>1500 Market St, 38th Fl<br>Philadelphia, PA 19102 | | jeffrey.hampton@saul.com | Email |
| *NOA Counsel for the Burtonvic Capital, LLC | Saul Ewing LLP | Attn: Lucian B Murley<br>1201 N Market St, Ste 2300<br>P.O. Box 1266<br>Wilmington, DE 19899 | | luke.murley@saul.com | Email |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | | First Class Mail |
| SEC | Securities & Exchange Commission | New York Regional Office<br>Attn: Andrew Calamari, Regional Director<br>Brookfield Pl<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | | | First Class Mail |
| Taxing Authority | South Carolina Dept of Revenue | 300A Outlet Pointe Blvd<br>Columbia, SC 29210 | | | First Class Mail |
| Taxing Authority | South Carolina Sales & Use Taxes | Corporation Barcode<br>Columbia, SC 29214-0029 | | | First Class Mail |
| Bank | Southern First | 190 Knox Abbott Dr<br>Cayce, SC 29033 | | | First Class Mail |
| Former Director/Officer | Stanley Jablonowski | Address on File | | | First Class Mail |
| Taxing Authority | State of Michigan | Attn: Department of Attorney General<br>P.O. Box 30212<br>Lansing, MI 48909 | | | First Class Mail |
| Litigation Party | Steven Zakharyayev, Esq. | 10 W 37th St, Rm 602<br>New York, NY 10018 | | | First Class Mail |
| Professional Services | Stevens & Lee | Attn: Michael Mazzone<br>1600 N Bethlehem Pike, 2nd Fl<br>Lower Gwynedd, PA 19002 | | | First Class Mail |
| Taxing Authority | Tennessee Sales & Use Taxes | 500 Deaderick St<br>Nashville, TN 37242 | | | First Class Mail |
| Taxing Authority | Tennessee Secretary of State | 312 Rosa L Parks Ave, 3rd Fl<br>Nashville, TN 37243 | | | First Class Mail |
| Taxing Authority | Texas Comptroller of Public Accounts | P.O. Box 13528, Capitol Stn<br>Austin, TX 78711-3528 | | | First Class Mail |
| Taxing Authority | Texas Comptroller's Office | Attn: Texas Comptroller of Public Accounts<br>P.O. Box 13528, Capitol Station<br>Austin, TX 78711-3528 | | | First Class Mail |
| Taxing Authority | Texas Sales & Use Taxes | 111 E 17th St<br>Austin, TX 78774 | | | First Class Mail |
| Taxing Authority | Texas Workforce Commission | 101 E 15th St, Rm 556<br>Austin, TX 78778 | | | First Class Mail |
| Taxing Authority | The Ohio Attorney General's Office | Rhodes State Office Tower<br>30 E Broad St, 14th Fl<br>Columbus, OH 43215 | | | First Class Mail |
| *NOA - Counsel for TN Dept of Revenue | TN Dept of Revenue | c/oTN Attorney General's Office, Bankruptcy Division<br>Attn: Laura L McCloud, Senior Assistant Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | AGBankDelaware@ag.tn.gov | Email |
| Former Director/Officer | Tom Pavedano | Address on File | | | First Class Mail |
| Core Parties | Torex Consulting | Attn: Paul Harper<br>12 Cedar Ridge Rd<br>Stouffville, ON L4A 2E9<br>Canada | | harperp@torexconsulting.com | Email |
| US Attorney | US Attorney's Office | District of Delaware<br>1313 N Market St<br>Wilmington, DE 19801 | | | First Class Mail |
| Taxing Authority | Virginia Department of Taxation | 1957 Westmoreland St<br>Richmond, VA 23230 | | | First Class Mail |
| Taxing Authority | Virginia Employment Commission | P.O. Box 26441<br>Richmond, VA 23261-6441 | | | First Class Mail |